UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. CR18-5094 (9) |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SHAINE R. JARDINE, | |
| Defendant. | |

This matter is before the Court on defendant Shaine Jardine's Motion for Early Termination of Supervision, Dkt. 1254.

On September 9, 2019, this Court sentenced Jardine to 84 months of custody followed by 5 years of supervised release after he pled guilty to Conspiracy to Distribute Controlled Substances and Possession of a Firearm in Furtherance of Drug Trafficking. Dkt. 872. Jardine completed his term of custody and began supervised release on April 11, 2023. Dkt. 1259. His supervision is scheduled to terminate in April 2028. *Id.*

Jardine moves for early termination of supervision. Dkt. 1254. He argues he poses no risk to society at large, has shown "stable community reintegration," and has no

"recent arrests, convictions, or patterns of criminal conduct." *Id.* at 3. He has been employed and has not violated any conditions while under supervision. *Id.* at 2.

The United States defers to the Court on whether to grant Jardine's request for early termination of supervision. Dkt. 1257. It credits Jardine with a positive transformation since his conviction and acknowledges that his supervision has gone well thus far. *Id.* at 2. ("[T]he Shaine Jardine described in the motion for early termination is not the Shaine Jardine that appeared before the Court in 2019.").

Additionally, Probation supports early termination of Jardine's supervision because he has "demonstrated his ability to lawfully manage beyond supervision." Dkt. 1259 at 1.

The Court concludes early termination of Jardine's supervision is appropriate. Compliance with the conditions of supervised release for an extended period demonstrates rehabilitation and the possibility of early termination provides incentive to defendants to do well on supervision. The Court commends Jardine on his sustained compliance with the terms of his supervision and achieving a stable community environment.

Therefore, it is hereby **ORDERED** that Jardine's motion for early termination of supervised release, Dkt. 1254, is **GRANTED**.

Dated this 23rd day of October, 2024.

BENJAMIN H. SETTLE
United States District Judge